# Exhibit 2

## Copyright Assignment

FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged Simon J. Burchett ("Assignor"), located at 1 Christopher Row, Lynsted, Sittingbourne Kent ME9 0JN United Kingdom, hereby irrevocably transfers and assigns to Simon J. Burchett Photography, Inc.("Assignee"), located at 250 Park Ave., 7th Fl., New York, NY 10028, its successors and assigns, in perpetuity, all right (whether now known or hereinafter invented), title, and interest, throughout the world, including all past rights and infringements, and all copyrights and renewals or extensions thereto, in CSCL Zeebrugge, CSCL Longbeach, Dubai Express and New Delhi Express (Aerial Digital Images at sea from an Aircraft or Helicopter) and CSCL Africa (from the ground), Registration Number VA2-036-532.

IN WITNESS THEREOF, Assignor has duly executed this Agreement.

Simon J. Burchett

*Simon J Burchett*
Author/Owner

Date: 9/2/2019

## NOTARIZATION

STATE OF England, United Kingdom

COUNTY OF Sittingbourne, Kent

Before me this 9 February 2019 personally appeared: Simon J. Burchett to me known to be the person who is described in and who executed the foregoing assignment instrument and acknowledged to me that Simon J. Burchett executed the same of his own free will for the purpose therein expressed.

*S Wolfe*
Notary Public